Helen Mosothoane (SBN 254511)
hmosothoane@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for *Interpleader Defendant* **JPMORGAN CHASE BANK, N.A.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

WELLS FARGO BANK, N.A., a national banking association;

Interpleader Plaintiff,

vs.

STORMTRAP LLC, a California limited liability company; STANLEY DRILLING EQUIPMENT & SUPPLY INC., a Texas corporation; JP MORGAN CHASE BANK, N.A., a national banking association; and DOES 1 through 10, inclusive,

Interpleader Defendants.

Case No.: 3:26-cv-02587-CRB

**STIPULATION FOR DISMISSAL OF INTERPLEADER DEFENDANT JPMORGAN CHASE BANK, N.A. WITH PREJUDICE** ; ORDER

*[Filed concurrently with [Proposed] Order]*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this Stipulation for Dismissal of Interpleader Defendant JPMorgan Chase Bank, N.A. With Prejudice (the "Stipulation") is entered into between *Interpleader Plaintiff* Wells Fargo Bank, N.A. ("Wells Fargo") and *Interpleader Defendant* JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective attorneys of record.

## I. RECITALS

**A.** On March 25, 2026, Interpleader Plaintiff Wells Fargo commenced this action (the "Action") by filing a Complaint in Interpleader ("Complaint") against Interpleader Defendants Stormtrap LLC ("Stormtrap"), Stanley Drilling Equipment & Supply Inc. ("Stanley"), and JPMorgan Chase Bank, N.A. ("Chase") regarding funds ("Funds") that were allegedly wired from a foreign

entity through Chase to a Wells Fargo business checking account belonging to Stormtrap. Collectively, the interpleader defendants are referred to as "Defendants."

**B.** As alleged in the Complaint, Wells Fargo sought to interplead the Funds to allow the Defendants to litigate their respective claims to the Funds.

**C.** Following two extensions granted by Wells Fargo, on May 28, 2026, Chase filed its Answer to Complaint in Interpleader in which Chase denied that it was asserting entitlement to the wired funds at issue.

**D.** Wells Fargo desires to voluntarily dismiss Chase from this action because Chase disclaims any interest or entitlement to the Funds.

## II. TERMS

The Parties stipulate as follows:

**1.** Wells Fargo hereby voluntarily dismisses Chase as a party to this action, *with prejudice*.

**IT IS SO STIPULATED.**

Dated: September 24, 2026

**FOX ROTHSCHILD LLP**

By: *Noah Thomas*
ANTHONY D. PHILLIPS
NOAH THOMAS
Attorneys for *Interpleader Plaintiff* **WELLS FARGO BANK, N.A.**

Dated: September 24, 2026

**HINSHAW & CULBERTSON LLP**

By: */s/ Helen Mosothoane*
HELEN MOSOTHOANE
Attorneys for *Interpleader Defendant* **JPMORGAN CHASE BANK, N.A.**

**ATTESTATION**

Pursuant to Civ. L.R. 5-1(i)(3), the undersigned attests that the other signatory to this Stipulation has concurred in the filing of the document with the Court.

Dated: September 24, 2026

*/s/ Helen Mosothoane*
HELEN MOSOTHOANE

**PROOF OF SERVICE**

***Wells Fargo Bank, N.A. v. Stormtrap LLC, et al.***
**USDC, Northern District of California Case No.: 3:26-cv-02587-CRB**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476. Email: crico@hinshawlaw.com

On **September 24, 2026**, I served the document(s) entitled:

**(1) STIPULATION FOR DISMISSAL OF INTERPLEADER DEFENDANT JPMORGAN CHASE BANK, N.A. WITH PREJUDICE; and**

**(2) ORDER APPROVING STIPULATION FOR DISMISSAL OF INTERPLEADER DEFENDANT JPMORGAN CHASE BANK, N.A. WITH PREJUDICE**

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ **(BY HAND DELIVERY)**: I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **September 24, 2026**, at Anaheim, California.

Carolina Rico

**SERVICE LIST**

***Wells Fargo Bank, N.A. v. Stormtrap LLC, et al.***
**USDC, Northern District of California Case No.: 3:26-cv-02587-CRB**

Anthony D. Phillips, Esq.
Noah Thomas, Esq.
FOX ROTHSCHILD LLP
345 California St., Suite 2200
San Francisco, CA 94104
Tel.: (415) 364-5540
Fax: (415) 391-4436
Email: adphillips@foxrothschild.com
nthomas@foxrothschild.com

Attorneys for *Interpleader Plaintiff* **WELLS FARGO BANK, N.A.**

Katy M. Young, Esq.
AD ASTRA LAW GROUP, P.C.
528 Market St., Suite 500
San Francisco, CA 94104
Tel.: (415) 795-3579
Fax: (415) 276-1976
Email: kyoung@astralegal.com

Attorneys for *Interpleader Defendant* **STANLEY DRILLING EQUIPMENT & SUPPLY, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Interpleader Plaintiff,<br><br>vs.<br><br>STORMTRAP LLC, a California limited liability company; STANLEY DRILLING EQUIPMENT & SUPPLY INC., a Texas corporation; JP MORGAN CHASE BANK, N.A., a national banking association; and DOES 1 through 10, inclusive,<br><br>Interpleader Defendants. | Case No.: 3:26-cv-02587-CRB<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF INTERPLEADER DEFENDANT JPMORGAN CHASE BANK, N.A. WITH PREJUDICE** |

The Court having considered the *Stipulation for Dismissal of Interpleader Defendant JPMorgan Chase Bank, N.A. With Prejudice*(the "Stipulation") entered into between *Interpleader Plaintiff* Wells Fargo Bank, N.A. and *Interpleader Defendant* JPMorgan Chase Bank, N.A. ("Chase"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Chase is dismissed from this action, ***with prejudice***.

**IT IS SO ORDERED.**

Dated: September 25, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE